COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:        Jim P. Benge, M.D. and Kelsey-Seybold Medical Group PLLC v. Lauren Williams

Appellate case number:      01-12-00578-CV

Trial court case number:     2010-52657

Trial court:               164th District Court of Harris County

Appellants Jim P. Benge, M.D. and Kelsey-Seybold Medical Group PLLC filed their motion to strike appellee Lauren Williams's sur-reply brief, filed in this Court on June 25, 2013. Appellee responded and, in the alternative, filed a motion to file a sur-reply brief exceeding the word limit. On July 5, 2013, this Court granted Appellants' motion to strike Appellee's sur-reply brief, denied Appellee's request to file a sur-reply brief exceeding 7,500 words, and allowed Appellee to file a sur-reply brief that does not exceed 7,500 words no later than Monday, July 22, 2013. In their Reply Supporting their Motion to Strike Appellee's Motion to File a Sur-Reply, Appellants requested leave to file a reply brief to any additional brief that Appellee files.

Appellants' request for leave to file a reply brief to any additional brief that Appellee files is **granted**. Appellants may file a reply brief that does not exceed 2,000 words to any sur-reply brief that Appellee files no later than fifteen days after Appellee files a sur-reply brief.

It is so ORDERED.

Judge's signature: <u>s/Harvey Brown</u>
                    X Acting individually    ☐ Acting for the Court

Date: July 16, 2013